Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

| RIMCO, INC. | |
|---|---|
| Plaintiff, | **SUMMONS** |
| v. | **COURT NO. 21-00588** |
| UNITED STATES, Defendant. | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff, Rimco Inc., is an interested party as defined in 19 U.S.C. § 1677(9)(a), and was a participant in the administrative review under appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c), 19 U.S.C. § 1516a(d), and 19 U.S.C. § 1516a(a)(2)(B)(iii).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in *Certain Steel Wheels 12 to 16.5 Inches in Diameter from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2019,* Case No. C-570-091. Plaintiff contests as unreasonable the Commerce Department's refusal calculate an all others rate from non-AFA data on the record. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).
(Brief description of contested determination)

3. November 12, 2021
(Date of determination)

4. 86 Fed. Reg. 62,788 (November 12, 2021)
(If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ John M. Peterson
Signature of Plaintiff's Attorney

John M. Peterson
Neville Peterson LLP
55 Broadway Ste. 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

November 18, 2021
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

**Attorney in Charge**
**International Trade Field Office**
**Department of Justice, Civil Division**
**Room 346, Third Floor**
**26 Federal Plaza**
**New York, NY 10278**

**General Counsel**
**U.S. Department of Commerce**
**14th Street and Constitution Avenue, N.W.**
**Washington, D.C., 20230**

**Supervising Attorney**
**Civil Division – Commercial Litigation Branch**
**U.S. Department of Justice**
**P.O. Box 480**
**Ben Franklin Station**
**Washington, D.C. 20044**